# In The United States Court of Federal Claims

## Cover Sheet

04-1688C

Plaintiff(s) or Petitioner(s)

Imperial Construction Group, Inc.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Kathleen Barnett Einhorn, Esq.

Firm Name: Genova, Burns & Vernoia

Post Office Box:

Street Address: 354 Eisenhower Parkway, Plaza II

City-State-Zip: Livingston, NJ 07039

Telephone & Facsimile Numbers: (973) 533-0777; (973) 533-1112 (fax)

E-mail address: keinhorn@gbvlaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? ______

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: G S A

**See attached Sheet for three digit code.**

Amount Claimed: $ 393,639.84

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003