ORIGINAL

FILED
NOV 1 9 2004
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT
OF
FEDERAL CLAIMS

| | |
|---|---|
| IMPERIAL CONSTRUCTION GROUP, INC. | 04-1688C |
| | CIVIL ACTION NO. |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | NOVEMBER 17, 2004 |
| Defendant. | |

## RULE 7.1 DISCLOSURE STATEMENT

Plaintiff Imperial Construction Group, Inc. is a privately owned corporation with no parent company.

Dated this 17th day of November 2004

Respectfully submitted,

Kathleen B. Einhorn

Kathleen Barnett Einhorn (KE 2743)
Genova, Burns & Vernoia
Trinity Centre
115 Broadway, Suite 1504
New York, New York 10006
(212) 566-7188
Attorneys for Defendants

F:\USERS\COMMON\US5\1573\003\Pleadings\Disclosure Statement.doc