IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| IMPERIAL CONSTRUCTION GROUP, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 04-1688C (Judge Emily C. Hewitt) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Leslie Cayer Ohta as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Leslie Cayer Ohta, Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attention: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

s/ Leslie Cayer Ohta

Leslie Cayer Ohta
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
(202) 307-1011
(202) 514-8624(Fax)
leslie.ohta@usdoj.gov

December 3, 2004

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of Decemeber, 2004, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Leslie Cayer Ohta