# In the United States Court of Federal Claims

No. 04-1688 C

(E-Filed: March 14, 2005)

IMPERIAL CONSTRUCTION GROUP, INC.
Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

The court has before it the Notice of Designation, filed November 23, 2004, designating this case "as an electronic case in the court's case management/electronic case filing (CM/ECF) system," and requiring attorneys of record to have a CM/ECF account "[i]n order to file documents and receive service" in the case. Notice of Designation at 1. The court is also in receipt of an electronic Notice of Docketing of defendant's answer, filed March 11, 2005, indicating that plaintiff's counsel does not yet have an ECF account and therefore is receiving no electronic notification of filings.

Plaintiff's counsel shall obtain a CM/ECF account on or before March 28, 2005. The court urges counsel to contact the CM/ECF User Assistance line at 866-784-6273 (toll free) or 202-357-6402 (local), 9 a.m. to 5 p.m. ET business days for assistance. If the foregoing is not timely complied with, the court may employ any available sanction. The Clerk of the Court shall mail a courtesy copy of this order to plaintiff's counsel.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge