IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| IMPERIAL CONSTRUCTION GROUP, INC., Plaintiff, | ) | No. 04-1688C |
| v. | ) | (Judge Emily C. Hewitt) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR STAY OF PROCEEDINGS

Defendant moves for a stay of proceedings until June 3, 2005, for the purpose of continuing settlement negotiations. This is defendant's first motion for this purpose. Counsel for plaintiff, Kathleen Einhorn, consents to the granting of this motion.

GSA and counsel for plaintiff met on April 22, 2005, to discuss the settlement of this matter. The parties have agreed in principle to the terms of a proposed settlement. Additional time is needed, however, to obtain the necessary approvals.

Accordingly, staying this litigation to give the parties the opportunity to resolve this matter without further briefing and trial will conserve the parties' and this Court's resources and, pursuant to Rule 1(a)(2) of the Rules of the United States Court of Federal Claims, promote the "just, speedy, and inexpensive determination" of this action.

For the foregoing reasons, defendant respectfully requests that the Court grant our

unopposed motion for a stay, to and including June 3, 2005, for the purpose of consummating settlement negotiations.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530

April 27, 2005

Attorneys for Defendant