# In the United States Court of Federal Claims

No. 04-1688 C

(E-Filed: April 28, 2005)

IMPERIAL CONSTRUCTION GROUP, INC.
Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

The court has before it Defendant's Unopposed Motion for Stay of Proceedings, electronically filed April 27, 2005. Based on the representations contained therein, the court hereby GRANTS the motion to stay further proceedings in this case while the parties conduct settlement negotiations. The parties shall file a joint status report, or if they cannot agree, separate status reports, on or before June 3, 2005.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge