# In the United States Court of Federal Claims

No. 04-1688 C

(E-Filed: June 8, 2005)

IMPERIAL CONSTRUCTION GROUP, INC.
Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

In an order dated April 28, 2005, the court granted Defendant's Unopposed Motion for Stay of Proceedings, electronically filed April 27, 2005, and set a status report deadline of June 3, 2005. Such status report now being overdue, the parties shall, on or before Friday, June 24, 2005, file a stipulation of dismissal or, alternatively, a joint status report, or, if they cannot agree, separate status reports, to show cause why proceedings should not be resumed in this case.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge