IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| IMPERIAL CONSTRUCTION GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1688C |
| v. | ) | (Judge Emily C. Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL

Pursuant to RCFC 41(a)(1), the parties stipulate and agree to dismiss this action with prejudice and without costs, attorney fees, or expenses against any party.

Respectively submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director
Authorized Representative
of the Attorney General

s/ Kathleen Barnett Einhorn
KATHLEEN BARNETT EINHORN, ESQ.
Genova, Burns & Vernonia
Trinity Centre
115 Broadway, Suite 1504
New York, NY 10006
212-566-7188

Attorney for Plaintiff

Dated: June 8, 2005

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch,
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

Attorneys for Defendant

Dated: June 6, 2005